**Affirmed and Memorandum Opinion filed March 28, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-11-00849-CR

---

### IRAN LOVINGS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 791336**

---

## M E M O R A N D U M     O P I N I O N

This appeal is from the trial court's order denying appellant's motion for post-conviction DNA testing.[1]

Appellant's appointed counsel filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirement of

---

[1] The underlying offense was sexual assault.

*Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

However, appellant has not been provided a copy of the brief and the motion to withdraw nor informed of his right to file his own brief. *See Stafford v. State*, 813 S.W.2d 503, 510 (Tex. (Tex. Crim. App.1991). Counsel has advised the court that appellant has been released on parole and failed to provide counsel with an address. Counsel has attempted to contact appellant though his parole officer but has been unable to do so. Appellant's failure to keep his attorney informed of his current address forfeits the right to receive a copy of the *Anders* brief and file a pro se brief. *In re Schulman,* 252 S.W.3d 403, 408 n. 21 (Tex. Crim. App. 2008).

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Justices Christopher, Jamison, and McCally.

Do Not Publish — Tex. R. App. P. 47.2(b).